UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NELSON LEWIS | * | CIVIL ACTION |
| VERSUS | * | NO:09-7468 |
| GRETNA POLICE DEPARTMENT, et al | * | SECTION: "D"(1) |

### **SIXTY DAY ORDER OF DISMISSAL**

The court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a settlement and compromise, and that they need only execute releases and deliver funds in accordance with their agreement;

**IT IS ORDERED** that this action is hereby **DISMISSED** without costs, but without prejudice to the right of any party, upon good cause shown, **after sixty (60) days**, to seek summary judgment enforcing the compromise if it is not consummated **within sixty (60) days**. With the consent of the parties, the court retains jurisdiction over the settlement agreement for enforcement purposes.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY</u> <u>WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this **14th** day of **December**, **2010**.

                        _____
                                 A. J. McNAMARA
                         UNITED STATES DISTRICT JUDGE